UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAVAD MAJD<br>            Plaintiff,<br>      v.<br>LIBERTY LIFE ASSURANCE CORPORATION OF BOSTON, a corporation; NOKIA INC., a corporation; NOKIA INC. GROUP DISABILITY BENEFITS PLAN an ERISA plan; DOES 1 through 10, inclusive,<br>            Defendants. | Case No.:10-CV-03878-LHK<br><br>ORDER REGARDING DISMISSAL PURSUANT TO SETTLEMENT |

The parties in this case attended a mediation session on January 28, 2011. The mediator filed a statement indicating that the parties settled all claims at mediation. *See* Dkt. No. 26. To date, the parties have not filed a stipulated dismissal. The parties shall file a stipulated dismissal of all claims by March 25, 2011.

**IT IS SO ORDERED.**

Dated: March 17, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-03878-LHK
ORDER REGARDING DISMISSAL