1  PAMELA E. COGAN (SBN 105089)
   HANA A. HARDY (SBN 252871)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA  94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   E-mail: pcogan@rmkb.com, hhardy@rmkb.com
5
   Attorneys for Defendants
6  LIBERTY LIFE ASSURANCE COMPANY OF
   BOSTON, NOKIA, INC. and NOKIA, INC.
7  GROUP LONG TERM DISABILITY AND LIFE
   PLAN, erroneously sued herein as NOKIA INC.
8  GROUP DISABILITY BENEFITS PLAN

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  JAVAD MAJD,                              CASE NO.  CV 10-03878 LHK

13              Plaintiff,

14  v.                                       STIPULATION AND [PROPOSED]
                                             ORDER FOR DISMISSAL
15  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON, a corporation;
16  NOKIA INC., a corporation; NOKIA INC.
    GROUP DISABILITY BENEFITS PLAN
17  an ERISA plan; DOES 1 through 10,
    inclusive,
18
                Defendant.
19

20

21        **IT IS HEREBY STIPULATED** by and between Plaintiff, JAVAD MAJD, and

22  Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,  NOKIA, INC. and

23  NOKIA, INC. GROUP LONG TERM DISABILITY AND LIFE PLAN, by and through their

24  attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with

25  prejudice as to all Defendants, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

26  Each party shall bear its own fees and costs.

27  \ \ \ \

28  \ \ \ \

RCI/5867311.1/RL1

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL
CASE NO.  CV 10-03878 LHK

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

**IT IS FURTHER STIPULATED** that concurrence in the filing of this stipulation and proposed order has been obtained from each of the signatories, which shall serve in lieu of their signatures on the document.

FILER'S ATTESTATION

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: March 18, 2011                    ROPERS, MAJESKI, KOHN & BENTLEY


By: *Pamela E. Cogan*
    PAMELA E. COGAN
    HANA A. HARDY
    Attorneys for Defendants
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON; NOKIA INC.;
    NOKIA, INC. GROUP LONG TERM
    DISABILITY AND LIFE PLAN

Dated: March 18, 2011                    THE FLEISHMAN LAW FIRM


By:*Charles J. Fleishman*
    CHARLES J. FLEISHMAN
    PAUL A. FLEISHMAN
    Attorneys for Plaintiff
    JAVAD MAJD

## ORDER

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice as to all Defendants.  Each party shall bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: March 21, __ 2011

By: *Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*